*This is a First amended complaint*

In the United States District Court
Western District Of Arkansas
_Western_ Division

US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

JUN 20 2023

Ronald E. Dowling
By_____
Deputy Clerk

Joshua Roy Britt #178594
_____

*(In the space above enter your full name and Prison ID Number, if any. Do not include your Social Security Number).*

-against-

Jacob Shook
Brandon Smallwood
Daniel Elkins
Jailers John Doe

*(In the space above enter the full name of each Defendant)*

Case No. 2:23 2077
(To be filled out by Clerk's Office only)

## COMPLAINT
(*Pro Se* Prisoner)

Jury Demand?
☐ Yes
☒ No

### NOTICE

**Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.**

I. PLAINTIFF INFORMATION

Joshua Roy Britt
Name (First, Middle, Last)                          Aliases

178594
Prisoner ID #, if any

Johnson County Detention Center
Place of Detention or Incarceration

Page 1 of 11

<u>301 Porter industrial rd. Clarksville AR. 72830</u>
Address (*If detained, facility address*)

<u>Johnson, Clarksville</u>     <u>AR</u>     <u>72830</u>
County, City                       State        Zip Code

## II. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☒ Pretrial detainee

☐ Convicted and serving a sentence. Provide Date of Conviction _____.

☒ Other. Explain: <u>IM serving a 90 day sanction</u>

## III. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:   <u>Shook, Jacob</u>
                       Name (Last, First)

   <u>Johnson County detention center Jail administrator</u>
   Current Job Title

   <u>301 porter ind. rd.</u>
   Current Work Address

   <u>Johnson, clarksville</u>     <u>AR</u>     <u>72830</u>
   County, City                       State        Zip Code

Defendant 2: ELKINS, Daniel
Name (Last, First)

Johnson county detention center doctor
Current Job Title

301 porter ind. rd.
Current Work Address

Johnson, clarksville     AR     72830
County, City     State     Zip Code


Defendant 3: Smallwood, Brandon
Name (Last, First)

Johnson county detention center Jailer
Current Job Title

301 porter ind. rd.
Current Work Address

Johnson, clarksville     AR     72830
County, City     State     Zip Code


Defendant 4: Jailers John Doe
Name (Last, First)

Johnson County detention center Jailers
Current Job Title

301 porter ind. rd.
Current Work Address

Johnson, clarksville     AR     72830
County, City     State     Zip Code

## IV. STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence: Johnson County detention center

Date(s) of occurrence: April 5th 2023 to present

Name of Each Defendant Involved:

Jacob Shook, ~~Brandon Smartwood~~, Jailers John Doe, Daniel Elkins

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

denial of medical care

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

**FACTS:** [What happened to you?]

I was here APROX. 5 days before my blood glucose level was checked. When finaly checked it was over 500, which is extremley dangerous. My vision was slowly going. My internal organs have been damaged, specificaly my kidneys, acording to the Dr. @ clarksville reg. Hospital The Dr. only comes in 1 time a week No nurse on duty.

**Who did what?**

There is NO medical staff on duty @ the jail. the Dr. only comes in once a week. the jailers are not licened to pass medication. Jacob shook does NOT have a proper medical staff here @ the jail. its his responsibility to make sure the jailers are providing medical care. Jailers ~~Barlow~~ John Doe the jail dr. Daniel elkins gave No instruction on my insulin use. the Jailers John Doe did Not administer insulin

**How were you injured?**

Im loosing my vision, And my internal organs have sustained long term damage. I've had extremely high blood sugar since ive been here. Im supposed to recieve insulin 3 times a day minimum. the Jailers John Doe only ~~administered~~ gave insulin 2 times a day. There is no nurse on staff

With regard to claim 1, are you suing Defendant(s) in his/her/their:

- [x] Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).
- [ ] Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- [ ] Both Official and Individual capacity

*If you are asserting an official capacity claim,* please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

Its my right to have proper medical care. I was denied this. They do not have proper medical staff present @ this jail, I am not recieving the correct meds @ the right time

**Claim Number 2:**

Place(s) of occurrence: Johnson county detention center

Date(s) of occurrence: June 1 2023

Name of Each Defendant Involved:

Daniel Elkins

State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:

Denial of medical care

State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

**What happened to you?**
I have been here almost 80 days, And still have not recieved my blood pressure meds, I also have recently started recieving insulin the required 3 times a day, After Being hospitalized because of high blood sugar.

**Who did what?**
Daniel Elkins is the Jail Dr. hes not even a real Dr. hes a Nurse. He failed to order my correct meds, and instruct the Jail to give insulin 3 times daily.

**How were you injured?**
I was sent to the Clarksville hospital on June 1 2023 due to consistently high blood glucose levels. My sugar level has been over 500 for several days/nights. I passed out, woke up in the hospital. The Dr. @ the hospital said my kidneys were damaged, I had bloody urine, and he told me if I don't get the levels down, I would die.

With regard to claim 2, are you suing Defendant(s) in his/her/their:

- ☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
- ☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☒ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

I have the right to proper Medical care. This has been denied Due to the fact Im still not recieving my blood pressure medication. Elkins failed to inform the Jail I need insulin 3 times daily minimum. Its shown in the insulin med. log here that I only got insulin 2 times a day for Apr. 60 plus days.

**Claim Number 3:**

Place(s) of occurrence: Johnson County detention center

Date(s) of occurrence: 5-13-2023

Name of Each Defendant Involved:

Brandon Smallwood

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Denial of medical care, had to use same syringe and they could not find my R insulin

State here briefly the *FACTS* that support your case. Describe how *EACH DEFENDANT* was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

**What happened to you?**

They did NOT have more than one insulin syringe, so I had to use the same one, two times. Also could NOT find my R insulin.

**Who did what?**

Brandon Smallwood was the Jailer on duty, And could NOT find my R insulin (Fast acting) He also could NOT find a new syringe, so I had to re-use my old one, to only take N insulin.

**How were you injured?**

I had to re-use an insulin syringe. This is very dangerous, And can give you Hep C. My blood sugar level was over 500, And they could NOT find my R insulin. I had to re-use an old syringe, And only could take my N insulin.

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☑ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
☐ Both Official and Individual capacity

*If you are asserting an official capacity claim*, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

re-using a syringe is very un-sanitary, And very dangerous. The Jail should have the required Medical equipment. Im entitled to proper Medical Treatment

## V.     RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

- [x] Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).
- [ ] Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).
- [ ] Other relief (describe below).

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

Im asking for Two hundred Thousand dollars 200,000. for pain and suffering, And damages to my body. Due to the long term effect/damage to my body. My life has been shortened, due to dangerously high blood sugar levels. I have sat back here And suffered for over 2 months because of this. The re-use of a syringe is potentialy deadly, Also I still have not recieved Any blood pressure medication. I believe im entitled to this sum because my life-span has been shortned, Also my vision has been effected due to consistantly high levels. This is un-repairable. I have asked for copys of my grievences, And have been denied these. The Jail doctors response to all this is "The Jail should have known I needed insulin 3 times a day". My blood sugar level has been over 500 several times, No Dr. was notified, or E.R. called. I submitted requests + Grievences Asking for Notory, and was denied this as well. Theres no medical staff on Duty. There nurse is on maternity leave since Ive been here. The Jailers John Doe pass out Meds/insulin. There not licened to do this.

## VI. PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal court while a prisoner?  ☑ Yes  ☐ No

If yes, how many? __1__

Have you brought any other lawsuits in state or federal court **dealing with the same facts as this case**?  ☑ Yes  ☐ No

If yes, how many? __1__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

Britt vs. Nick McInric   I don't know the court & docker numbers Dismissed. The 1983 needed Amended, I was transfered, and the deadline to Amend the dockument was exceeded before I recieved the instruction. So it was dismissed.

_____
_____
_____
_____
_____
_____
_____

## VII.   PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

6-12-2023
Dated

*Josh Britt*
Plaintiff's Signature

Joshua R Britt
Printed Name (First, MI, Last)

178594
Prison Identification #, if any.

301 Porter ind. rd.     Clarksville     AR     72850
Prison Address          City            State  Zip Code

Joshua R. Britt # 178594
Johnson County detention center
301 porter industrial rd.
Clarksville AR. 72830

LITTLE ROCK AR 720
16 JUN 2023 PM 3 L



Gave to be mailed
on 6-13-2023
by JCDC

united states District Court
office of the clerx
30 s 6th street room 1038
Fort Smith AR. 72901-2437

72901-243763