IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**JOSHUA ROY BRITT**                                                                                    **PLAINTIFF**

V.                                      **CASE NO. 2:23-CV-2077**

**JAIL ADMINISTRATOR JACOB SHOOK,**
Johnson County; **JOHN DOE,**
Johnson County Detention Center Jailer;
**FORMER JAILER BRANDON SMALLWOOD;** and
**DARRELL ELKIN, APRN,**
County Facility Healthcare of Arkansas, LLC                                       **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 63) filed in this case on March 4, 2024, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITH PREJUDICE** for Plaintiff's intentional failure to prosecute this case and failure to obey the Orders of the Court, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 22nd day of March, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE